**In the United States District Court
for the District of Kansas**

---

Case No. 5:23-cv-04089-TC-ADM

---

THE MAGNOLIA HEALTH SYSTEMS
EMPLOYEE GROUP BENEFIT PLAN,

*Plaintiff*

v.

MAGNOLIA HEALTH SYSTEMS, INC.,

*Defendant*

---

# ORDER

Magistrate Judge Angel D. Mitchell issued a Report and Recommendation that this action be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). Doc. 43 at 2-3. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, Judge Mitchell gave The Magnolia Plan fourteen days after service of her Report and Recommendation to file any written objections. None were filed.

Where, like here, a party fails to make a proper objection, a district court may review the recommendation under "any standard it deems appropriate," even for clear error. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citations omitted). After review, there appears to be no clear error in Judge Mitchell's reasoning or recommendation. Thus, Judge Mitchell's Report and Recommendation, Doc. 43, is accepted and adopted in its entirety. This case is dismissed.

It is so ordered.

Date: October 28, 2024        s/ Toby Crouse
                              Toby Crouse
                              United States District Judge

1